```
                                    F I L E D

                                    08 FEB 13  PM 4:46


                              BY:      PDV       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand    08 CR 0351   WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| DALIA HUANTE-HERNANDEZ, | |
| Defendant. | |

The grand jury charges:

On or about November 9, 2007, within the Southern District of California, defendant DALIA HUANTE-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JDM:pcf:San Diego
2/8/08

It is further alleged that defendant DALIA HUANTE-HERNANDEZ was removed from the United States subsequent to November 22, 2005.

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

2