1
2
3
4
5
6
7

WENDY S. GERBOTH
California Bar No. 167687
964 Fifth Avenue, Suite 214
San Diego, California 92101
Facsimile: (619) 699-5967
Telephone: (619) 699-5969

wendysgerboth@hotmail.com

Attorney for Defendant Huante-Hernandez

8     UNITED STATES DISTRICT COURT

9     SOUTHERN DISTRICT OF CALIFORNIA

10     (HONORABLE WILLIAM Q. HAYES)

11
12

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-351-WQH |
|---|---|---|
| Plaintiff, | ) ) | Date: April 1, 2008, |
| v. | ) ) | Time: 2:00 p.m. |
| | ) ) | DEFENDANT'S STATEMENT OF FACTS AND MEMORANDUM OF |
| DALIA HUANTE-HERNANDEZ, | ) ) | POINTS AND AUTHORITIES IN SUPPORT OF HER MOTIONS |
| Defendant. | ) ) ) | |

19

20                            **I.**

21                   **STATEMENT OF FACTS**

22        Dalia Huante-Hernandez is  charged with one count of violating 8 U.S..C. § 1325.

23   She anticipates the government will file a superseding indictment charging her with one

24   count of violating 8 U.S.C. § 1326 in connection with her entry into the United States on or

25   about November 9, 2007.  Defense counsel has received approximately 90 pages of

26   discovery.  Defense counsel has also reviewed the Immigration "A" file.

27                            **II.**

28                   **MOTION TO COMPEL DISCOVERY**

        In order to both preserve the defendant's rights and assist the government in making

1  full and complete disclosure as required by law, Ms. Huante requests production of the

2  documents in her "A" File that undersigned defense counsel designated for copying on

3  Thursday, March 20, 2008.

4  **III.**

5  **MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

6       Undersigned defense counsel does not have possession of the "A" File documents that

7  may form the basis of substantive motions in the future.  Accordingly Ms. Huante

8  respectfully requests the  Court grant her leave to file further motions after the "A"  File

9  documents have been produced and analyzed by counsel.

10  **IV.**

11  **CONCLUSION**

12       Based upon the foregoing, the defendant respectfully requests that this Court grant her

13  motions.

14                               Respectfully submitted,

15

16  Date: March 24, 2008

17                               /s/ Wendy S. Gerboth
                             WENDY S. GERBOTH

18                               Attorneys for Ms. Huante

19

20

21

22

23

24

25

26

27

28