1  WENDY S. GERBOTH
   California Bar No. 167687
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101
3  Facsimile: (619) 699-5967
   Telephone: (619) 699-5969
4
   wendysgerboth@hotmail.com
5
   Attorney for Defendant Huante-Hernandez
6

7

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                      (HONORABLE WILLIAM Q. HAYES)

11

12
   UNITED STATES OF AMERICA,            ) Criminal Case No. 08-CR-351-WQH
13                                       )
         Plaintiff,                      ) Date: April 1, 2008,
14                                       ) Time: 2:00 p.m.
         v.                              )
15                                       ) DEFENDANT'S STATEMENT OF
                                         ) FACTS AND MEMORANDUM OF
16 DALIA HUANTE-HERNANDEZ,               ) POINTS AND AUTHORITIES IN
                                         ) SUPPORT OF HER MOTIONS
17                                       )
         Defendant.                      )
18 _____ )

19

20                                    **I.**

21                          **STATEMENT OF FACTS**

22      Dalia Huante-Hernandez is charged with one count of violating 8 U.S..C. § 1325.

23 She anticipates the government will file a superseding indictment charging her with one

24 count of violating 8 U.S.C. § 1326 in connection with her entry into the United States on or

25 about November 9, 2007. Defense counsel has received approximately 90 pages of

26 discovery. Defense counsel has also reviewed the Immigration "A" file.

27                                   **II.**

28                       **MOTION TO COMPEL DISCOVERY**

   In order to both preserve the defendant's rights and assist the government in making

full and complete disclosure as required by law, Ms. Huante requests production of the documents in her "A" File that undersigned defense counsel designated for copying on Thursday, March 20, 2008.

### III.

### MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Undersigned defense counsel does not have possession of the "A" File documents that may form the basis of substantive motions in the future. Accordingly Ms. Huante respectfully requests the Court grant her leave to file further motions after the "A" File documents have been produced and analyzed by counsel.

### IV.

### CONCLUSION

Based upon the foregoing, the defendant respectfully requests that this Court grant her motions.

Respectfully submitted,

Date: March 24, 2008

/s/ Wendy S. Gerboth
WENDY S. GERBOTH
Attorneys for Ms. Huante